UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**NENG POR VANG,**  Civil No. 07-92 (MJD/SRN)

     **Plaintiff,**

v.

                                              **ORDER**

**Mr. KEY SING VA,**

     **Defendant.**

     The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated January 22, 2007.  No objections have been filed to that Report and Recommendation in the time period permitted.

     Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

     IT IS HEREBY ORDERED that:

     1.  Plaintiff's "Application to Proceed Without Prepayment of Fees," (Docket No. 2), is DENIED; and

     2.  This action is summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DATED: February 13, 2007

                                              s/Michael J. Davis
                                              Judge Michael J. Davis
                                              United States District Court Judge